UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAMON DOSSETT,

    Plaintiff,

                                        CASE NO.:

vs.

SAFECO INSURANCE
COMPANY OF ILLINOIS,

    Defendant.
_____/

**NOTICE OF REMOVAL**

Defendant, Safeco Insurance Company of Illinois ("Safeco"), pursuant to 28 U.S.C. §§ 1441 *et seq.*, removes this actions from the Circuit Court of the Ninth Judicial Circuit of Florida in and for Orange County.

**I.**     **State Court Case**

1.     On September 30, 2021, Plaintiff filed this lawsuit against Safeco, Brianna Cowart, and Devin Cowart.

2.     On October 15, 2021, Safeco was served with the complaint.

3.     The original complaint contained four counts related to a February 10, 2019 automobile accident. Counts one and two alleged negligence against Brianna Cowart and Devin Cowart. Count three is against Safeco and requested uninsured/underinsured motorist ("UM") coverage benefits. Count four alleged that

Safeco acted in bad faith in the handling of Plaintiff's insurance claim. On November 5, 2021, count four was dismissed.

4. The case stated by the initial pleading was not removable because Plaintiff had joined two non-diverse Defendants, Brianna Cowart and Devin Cowart.

5. On February 3, 2022, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice of Defendants, Brianna Cowart and Devin Cowart Only.

6. This removal is filed within thirty (30) days of the receipt of the Notice, dismissing Brianna Cowart and Devin Cowart from this action with prejudice, which first made it ascertainable that this case is one that is or has become removable. Thus, this removal is timely pursuant to 28 U.S.C. § 1446(b)(3).

7. 28 U.S.C. § 1446(a) requires Safeco to file copies of all process, pleadings, and orders served upon it. Local Rule 1.06 requires Safeco to file a copy of each paper docketed in the state court. These documents are attached hereto as Exhibit A.

8. This case is removed to the United States District Court for the Middle District of Florida, Orlando Division because the State Court action was brought in Orange County. 28 U.S.C. §§ 1441(a), 1446(a); Local Rule 1.04.

## II.  Jurisdiction

9. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 because the controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

10. Plaintiff Damon Dossett is a citizen of Florida.

11. Pursuant to 28 U.S.C. § 1332(c)(1), Safeco is a citizen of Illinois and Massachusetts by virtue of being organized under the laws of Illinois with its principal place of business in Boston, Massachusetts.

12. The amount in controversy exceeds $75,000, exclusive of interest and costs.

13. The subject insurance policy contained UM limits of $250,000 each person. (Exh A to Compl).

14. Plaintiff, Damon Dossett sent a letter to Safeco demanding payment of the $250,000 UM policy limits. A true and accurate copy of this demand letter is attached hereto as Exhibit B.

15. Plaintiff, Damon Dossett also filed a Civil Remedy Notice demanding payment of $250,000 in UM benefits. (Exh. B to Compl).

16. Accordingly, the amount in controversy exceeds $75,000, exclusive of interest and costs.

### III. Conclusion

17. Safeco removes this case to the United States District Court for the Middle District of Florida.

18. Safeco demands a trial by jury on all issues so triable.

19. Promptly after filing this Notice of Removal, Safeco will give written notice to all adverse parties and will file a copy of this Notice with the clerk of the State court pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

BUTLER WEIHMULLER KATZ CRAIG LLP

_/s/ Matthew J. Lavisky_
MATTHEW J. LAVISKY, ESQ.
Florida Bar No.: 48109
mlavisky@butler.legal
JAMIE COMBEE NOVAES, ESQ.
Florida Bar No.: 108447
jnovaes@butler.legal
Secondary: hmosher@butler.legal
ehorton@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Co-counsel for Defendant,
Safeco Insurance Company of Illinois

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to:

>Joshua A. Machlus, Esq.
>Colling, Gilbert, Wright & Carter
>801 North Orange Avenue, Suite 830
>Orlando, FL  32801
>jmachlus@thefloridafirm.com
>Secondary:  njagdeo@thefloridafirm.com
>Attorneys For:  Plaintiff
>
>Madge Bergiste Penton, Esq.
>Law Offices of J. Christopher Norris
>PO Box 7217
>London, KY 40742
>orlandolegalmail@libertymutual.com
>Secondary: maddge.penton@libertymutual.com
>Co-counsel for Defendant, Safeco Insurance Company of Illinois

By email on March 3, 2022.

_____
JAMIE COMBEE NOVAES, ESQ.