UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAMON DOSSETT,**

      **Plaintiff,**

v.                                                       Case No.   6:22-cv-459-DAB

**SAFECO INSURANCE
COMPANY OF ILLINOIS,**

      **Defendant.**

_____

### ORDER OF DISMISSAL

This cause comes before the Court on Plaintiffs' Notice of Voluntary Dismissal (Doc. 14) filed on September 2, 2022. On March 3, 2022, Defendant filed its Answer (Doc. 1-2) to the Complaint. Therefore, the case can only be dismissed pursuant to stipulation of the parties or by Court order. Fed. R. Civ. P. 41(a). The Court construes the filing as a notice of settlement. Accordingly, pursuant to Local Rule 3.09(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>thirty (30) days</u> of the date of this order, to submit a stipulated form of final order or judgment regarding dismissal with prejudice signed by both parties. After that 30-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

- 2 -

**DONE** and **ORDERED** at Orlando, Florida on September 2, 2022.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

**COPIES FURNISHED TO:**
Counsel of Record